# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**WILLIAM ED BULLOCK et al.**                                                               **PLAINTIFFS**

**v.**                                              **CIVIL ACTION NO. 3:09-CV-P645-H**

**DAVID OSBORNE et al.**                                                             **DEFENDANTS**

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the claims brought by Plaintiff Lauren M. Wimsatt are **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:


cc:     Plaintiffs, *pro se*
        Defendants
4414.009